

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Damon Chad Campbell,          * From the 266th District Court
of Erath County,
Trial Court No. CR15110.

Vs. No. 11-19-00230-CR          * July 30, 2021

The State of Texas,          * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Damon Chad Campbell's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.